■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWIGHT MARSHALL, Appellant. [631 NYS2d 272] —Judgment

unanimously affirmed (*see, People v Saunders*, 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, Drury, J.—Attempted Burglary, 1st Degree.) Present—Pine, J. P., Fallon, Callahan, Balio and Boehm, JJ.